# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JIN ZHU, *Plaintiff* <br> v. <br> NORTH CENTRAL EDUCATIONAL SERVICE DISTRICT ESD 171, *Defendant* | ) ) ) ) ) )  Civil Action No. 2:15-CV-00183-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Judicial Notice is DENIED.  Plaintiff's Motion for Sanctions is DENIED. Judgment in favor of Plaintiff, Jin Zhu, and against Defendant, North Central Educational Service District - ESD 171, in the amount of $450,000.00 pursuant to the jury verdict entered in this matter on the Washington Law Against Discrimination retaliation claim, and $1,218.00 pursuant to this Order on the Washington State Public Records Act claim, for a total of $451,218.00, plus post-judgment interest at the legal rate until paid in full, along with his costs of action. The Court will subsequently determine the issue of attorney fees.

This action was *(check one)*:

☑ tried by a jury with Judge  Quackenbush  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: September 21, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy