AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 15, 2018**

SEAN F. McAVOY, CLERK

JIN ZHU,

*Plaintiff*

v.

NORTH CENTRAL EDUCATIONAL SERVICE DISTRICT - ESD 171,

*Defendant*

Civil Action No. 2:15-cv-00183-JLQ

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Adverse Tax Consequences, Prejudgment Interest, and Attorneys' Fees and Costs (ECF No. 125) is GRANTED IN PART AND DENIED IN PART.  Defendant's Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial (ECF No. 136) is DENIED IN FULL.  Plaintiff's request to be awarded adverse tax consequences is DENIED.
Amended Judgment against the Defendant North Central Education Service District - ESD 171 in favor of Plaintiff in the total amount of $777,463.22 composed of the following: Original Judgment (ECF 117) - $451,218.00, Attorney Fees - $303,186.00, Costs Awarded Herein - $ 23,059.22, totaling: $777,463.22.  Interest on the Amended Judgment shall run from September 21, 2016, the date of entry of the original Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  JUSTIN L. QUACKENBUSH  on a motion for
Adverse Tax Consequences, Prejudgment Interest, and Attorneys' Fees and Costs, Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and Plaintiff's request to be awarded adverse tax consequences.

Date: 02/15/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez